```
                                              FILED
                                              May 6, 2005
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-05-0182-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JULIE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIE LEE , Case No.  CR.S-05-0182-LKK , Charge  18USC § 1341- MAIL FRAUD , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of $__

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

  ✔  (Other)        Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 6, 2005  at  2:00 P.M.  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court