MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: STATUS CONFERENCE |
| v. ) | |
| ) | |
| JULIE LEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter came on for a status conference on May 24, 2005. The United States was represented by Assistant U.S. Attorney John K. Vincent and Assistant U.S. Attorney Camil A. Skipper. Defendant Julie Lee was represented by Steven F. Gruel, Esq..

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter for further status conference to July 12, 2005 at 9:30 a.m.  Defense counsel needs time to review discovery produced by the government.  Time between May 24, 2005 and July 12, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(time

///

///

1

1  to prepare), Local Code T4.
2
3  IT IS SO ORDERED.
4
5  DATED: May 27, 2005
6
7                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
8                                    Senior U.S. District Court Judge