STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR.S-05-0182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| Vs. ) | REGARDING STATUS |
| ) | CONFERENCE |
| JULIE YANG LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

    Defendant, Julie Yang lee, through and by her attorneys, Steven F. Gruel and John T.Philipsborn, hereby respectfully requests that the Status Conference scheduled for July 12, 2005 at 9:30 a.m. be rescheduled to September 20, 2005 at 9:30 a.m.  The defendant requests this additional time in order to continue to review the discovery that has been provided by the government.  The government does not oppose this defense request.

STIPUALTION AND [PROPOSED]
ORDER REGARDING  STATUS
CONFERNCE

- 1

Both parties concur that the time between July 12, 2005 to September 20, 2005 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

SO STIPUALTED:

DATED: July 11, 2005                    /s/ Steven Gruel
                                        STEVEN F. GRUEL,
                                        Attorneys for Defendant
                                        JULIE YANG LEE.



DATED:  July 11, 2005                   /s/ Steven Gruel for John Vincent
                                        JOHN K. VINCENT
                                        CAMIL A. SKIPPER
                                        Assistant United states Attorneys


ORDER REGARDING STATUS CONFERENCE

PREDICATED on the above stipulation and GOOD CAUSE APPEARING THEREFORE, The Court continues this matter for further status conference to September 20, 2005 at 9:30 a.m. Defense counsel needs time to review discovery produced by the government.   Both parties concur and the Court finds that the time between July 12, 2005 to September 20, 2005 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.


DATED:  July 11, 2005
                                         /s/ Lawrence K. Karlton
                                         HONORABLE LAWRENCE K. KARLTON
                                         Senior U.S. District Court Judge

STIPUALTION AND [PROPOSED]
ORDER REGARDING  STATUS
CONFERNCE
                              - 2