STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR.S-05-0182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| Vs. ) | ORDER REGARDING STATUS |
| ) | CONFERENCE |
| JULIE YANG LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

   Defendant, Julie Yang Lee, through and by her attorney, Steven F. Gruel hereby respectfully requests that the Status Conference scheduled for September 20, 2005 at 9:30 a.m. be rescheduled to September 27, 2005 at 9:30 a.m.  The defendant requests this additional time in order to continue to review the discovery that has  been provided by the government and because defense counsel must appear in a custody case scheduled for September 20, 2005, in the Southern District of New York.   The government does not oppose this defense request.

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE
                                    - 1

The parties concur that the time between September 20, 2005 to September 27, 2005 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPUALTED:

DATED: September 15, 2005

          __/s/  Steven Gruel_____
          STEVEN F. GRUEL,
          Attorneys for Defendant
          JULIE YANG LEE.

          __/s/ Steven Gruel for John Vincent
DATED: September 15, 2005   JOHN K. VINCENT
          CAMIL A. SKIPPER
          Assistant United states Attorneys

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

- 2

[PROPOSED]  ORDER REGARDING STATUS CONFERNCE
===

PREDICATED on the above stipulation and GOOD CAUSE APPEARING THEREFORE, The Court continues this matter for further status conference to September 27, 2005 at 9:30 a.m. Defense counsel needs time to review discovery produced by the government.   Both parties concur,  and the Court finds that the time between September 20, 2005 to September 27, 2005 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.

DATED:  September 19, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

- 3