STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for defendant JULIE YANG LEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>  Plaintiff,<br><br>Vs.<br><br>JULIE YANG LEE,<br><br>  Defendant. | Case No.: CR.S-05-0182-LKK<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO PERMIT<br>PRETRIAL TRAVEL |

STIPULATION TO PERMIT PRETRIAL TRAVEL

Defendant Julie Yang Lee hereby requests permission to modify her conditions of pretrial release to permit travel to Shanghai on October 7, 2005 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on October 23, 2005 (flight number 858). This trip is a business trip that requires Ms. Lee's personal appearance to inspect property and sign documents in China. Ms. Lee will be staying at the Four Seasons Hotel in Shanghai. Assistant United States Attorney John Vincent and Pretrial Services officer Sandy Hall have no objection to this travel request.

Further, the defendant requests, and the Assistant United States Attorney's Office and

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   - 1

Pretrial Services officer Sandy Hall have no objection to the release of the defendant's passport to permit this travel request. The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated: _____/s/_____
Steven F. Gruel
Attorney for Julie Yang Lee

Dated: _____/s/_____
John Vincent
Assistant United States Attorney

## [PROPOSED] ORDER PERMITTING PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Julie Yang Lee's pretrial release conditions are hereby modified to permit travel to Shanghai on October 7, 2005 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on October 23, 2005 (flight number 858). Further, the defendant's passport shall be released to permit this travel request. The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

IT IS SO ORDERED.

Dated: Sep. 19, 2005

GREGORY G. HOLLOWS
Honorable Gregory G. Hollows
United States Magistrate Judge

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   -  2