STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-05-0182-LKK |
| Plaintiff, | |
| Vs. | ORDER REGARDING STATUS CONFERENCE |
| JULIE YANG LEE, | |
| Defendant. | |

This matter came before the Court for a status conference on September 27, 2005. The United States was represented by Assistant United States Attorneys John K. Vincent and Camil A. Skipper. Defendant Julie Yang Lee was represented by Steven F. Gruel, Esquire.

Having heard from the parties, and GOOD CAUSE APPEARING, the Court continues this matter to November 15, 2005 at 9:30 a.m. Defense counsel needs more time to review discovery produced by the government.

*ORDER REGARDING*
*STATUS  CONFERENCE*
                                         - 1

The Court finds that the time between September 27, 2005 to November 15, 2005, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.   October 5, 2005

                                     /s/ Lawrence Karlton
                                     LAWRENCE K. KARLTON
                                     Senior U.S. District Court Judge