STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for defendant JULIE YANG LEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>JULIE YANG LEE,<br><br>　　　　Defendant. | Case No.: CR.S-05-0182-LKK<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER PERMITTING EXTENSION<br>OF PRETRIAL TRAVEL |

## STIPULATION

On September 19, 2005, the Court ordered that defendant Julie Yang Lee's conditions of pretrial release be modified to permit her travel to Shanghai, China on October 7, 2005 to return to the United States on October 23, 2005. The defendant proffered that this trip was a business trip that required Ms. Lee's personal appearance to inspect property and sign documents in China.

The defendant further proffers that due to legal complications regarding this overseas business matter, she has hired an attorney in China. Ms. Lee requests that she be permitted to

stay in China for two (2) additional days and return to the United States on October 25, 2005.

Assistant United States Attorney John Vincent has no objection to this request for an extension of two (2) days for her return. The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated:            __/s/_____
                  Steven F. Gruel
                  Attorney for Julie Yang Lee


Dated:            ___/s/_____
                  John Vincent
                  Assistant United States Attorney


## ~~PROPOSED~~] ORDER PERMITTING EXTESNION OF PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, this Court's previous order and defendant Julie Yang Lee's pretrial release conditions are hereby modified to permit an extension of her return to the United States from Shanghai, China from October 23, 2005 to October 25, 2005. The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

IT IS SO ORDERED.

Dated: October 26, 2005.                    /s/ Peter A. Nowinski_____

                                            PETER A. NOWINSKI
                                             Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING EXTENSION*
*OF PRETRIAL TRAVEL*            - 3