STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR.S-05-0182-LKK |
| Plaintiff, | ) | |
| Vs. | ) | STIPULATION AND ORDER REGARDING STATUS CONFERENCE |
| JULIE YANG LEE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Julie Yang Lee, through and by her attorney, Steven F. Gruel, hereby
respectfully requests that the Status Conference scheduled for November 15, 2005 at 9:30 a.m.
be rescheduled to January 4, 2006 at 9:30 a.m.  The defendant requests this additional time in
order to prepare its discovery motion pertaining to all FBI reports concerning and Grand Jury
testimony of Jeffrey A. Chen.  As the defense previously informed the Court, Ms. Lee is
currently charged in San Francisco Superior Court with state charges stemming from a similar

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

- 1

investigation.  Jeffrey Chen, as in this federal case, cooperated with investigators in the state case.  Ms. Lee has raised the claim that her attorney Jeffrey Chen violated the attorney-client privilege when cooperating with law enforcement and that Chen's grand jury state transcripts should be sealed from public disclosure. Since the last appearance in this federal case, there has been additional pleadings filed in the state case.  Superior Court Judge Mary Morgan has indicated that she will issue a ruling on November 29, 2005, as to whether the Jeffrey Chen state transcripts will be released for public dissemination.  Given that Ms. Lee will file a discovery motion before a magistrate judge regarding attorney Chen's cooperation in the federal investigation, Judge Morgan's ruling will provide guidance as to what may or may not be permitted to attach as exhibits to that discovery motion.

The government does not oppose this defense request for a continuance to January 4, 2006.

The parties concur that the time between November 15, 2005 to January 4, 2006 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

DATED: November 14, 2005


__/s/  Steven Gruel_____
STEVEN F. GRUEL,
JOHN T. PHILISPBORN
Attorneys for Defendant
JULIE YANG LEE

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

– 2

___/s/ Steven Gruel for John Vincent

DATED: November 14, 2005   JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant United States Attorneys


[PROPOSED]  ORDER REGARDING STATUS CONFERNCE


PREDICATED on the above stipulation and GOOD CAUSE APPEARING,

the Court continues this matter for further status conference to January 4 2006 at 9:30 a.m.

Both parties concur,  and the Court finds, that the time between November 15, 2005 to January 4,

2006 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv)

(time to prepare), Local Code T4.


IT IS SO ORDERED.

Date: November 14, 2005          /s/Lawrence K. Karlton
**THE HONORABLE LAWRENCE K. KARLTON**
**SENIOR, UNITED STATES DISTRICT JUDGE**

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE
–  3