STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for defendant JULIE YANG LEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>JULIE YANG LEE,<br><br>　　　　　Defendant. | Case No.: CR.S-05-0182-LKK<br><br>STIPULATION AND ORDER TO PERMIT PRETRIAL TRAVEL |

## STIPULATION TO PERMIT PRETRIAL TRAVEL

Defendant Julie Yang Lee hereby requests permission to modify her conditions of pretrial release to permit travel to Shanghai on December 31, 2005 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on January 16, 2006 (flight number 858).  This trip is for a business matter that requires Ms. Lee's personal appearance to continue with a construction project in China.  Assistant United States Attorney John Vincent and Pretrial Services officer Sandy Hall have no objection to this travel request.

Further, the defendant requests, and the United States Attorney's Office and Pretrial Services officer Sandy Hall have no objection to the release of the defendant's passport to permit

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   - 1

this travel.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Also, because the defendant will be out of the United States, the defendant requests that her appearance at the next hearing in this case (January 4, 2006) be waived.

Finally, Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated: _____/s/_____
          Steven F. Gruel
          Attorney for Julie Yang Lee

Dated: _____/s/_____
          John Vincent
          Assistant United States Attorney

### [PROPOSED] ORDER PERMITTING PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Julie Yang Lee's pretrial release conditions are hereby modified to permit travel to Shanghai on December 31, 2005 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on January 16, 2006 (flight number 858).  Further, the defendant's passport shall be released to permit this travel request.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.  Finally, the defendant's appearance is waived for the January 4, 2006, appearance in this case.

IT IS SO ORDERED.

Dated:   December 14, 2005              /s/Lawrence K. Karlton
                                         Lawrence K. Karlton
                                         Senior Judge

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   - 2