STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR.S-05-0182-LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| Vs. | ) | ORDER REGARDING STATUS |
| | ) | CONFERENCE |
| JULIE YANG LEE, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Defendant, Julie Yang Lee, through and by her attorney, Steven F. Gruel, hereby

respectfully requests that the Status Conference scheduled for January 4, 2006 at 9:30 a.m.

be rescheduled to February 28, 2006 at 9:30 a.m. The defendant requests this additional time in

order to finalize and file her discovery motion pertaining to all FBI reports concerning and Grand

Jury testimony of Jeffrey A. Chen. As the defense previously informed the Court, Ms. Lee is

currently charged in San Francisco Superior Court with state charges stemming from a similar

investigation. Jeffrey Chen, as in this federal case, cooperated with investigators in the state

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

case.  Ms. Lee has raised the claim that her attorney Jeffrey Chen violated the attorney-client privilege when cooperating with law enforcement and that Chen's grand jury state transcripts should be sealed from public disclosure.  On November 29, 2005, Superior Court Judge Mary Morgan ruled that Ms. Lee had an attorney-client relationship with Attorney Jeffrey Chen, and therefore ruled that certain Grand Jury materials would not be made public pursuant to California Penal Code §938.1, which normally requires publication of Grand Jury transcripts within 10 days of the filing of a state indictment.   Although a transcript of the November 29, 2005 hearing was requested that day, the defendant did not receive the transcript until December 23, 2005.

The defendant intends to move for disclosure of materials in the federal investigation that can aid in evaluating whether to bring a motion to dismiss the federal prosecution on grounds that the government has likely acquired privileged material from Attorney Chen, and that Mr. Chen allowed himself to misuse the nature of his attorney-client relationship with Ms. Lee to facilitate the government's investigation of Ms. Lee.  This discovery motion will be filed with the duty Magistrate Judge no later than January 20, 2006.

The government does not oppose this defense request for a continuance to February 28, 2006.

The parties concur that the time between January 4, 2006 to February 28, 2006 should be excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

DATED: January 3, 2006


   _/s/  Steven Gruel_____
STEVEN F. GRUEL,
JOHN T. PHILISPBORN
Attorneys for Defendant

STIPUALTION AND [PROPOSED]
ORDER REGARDING STATUS
CONFERNCE

1    JULIE YANG LEE

2

3

4

5                                  __/s/_____
6    DATED:  January 3, 2006        JOHN K. VINCENT
                                    CAMIL A. SKIPPER
7                                   Assistant United States Attorneys

8

9              [PROPOSED]  ORDER REGARDING STATUS CONFERNCE

10

11        PREDICATED on the above stipulation and GOOD CAUSE APPEARING,

12   the Court continues this matter for further status conference to February 28, 2006 at 9:30 a.m.

13   Both parties concur,  and the Court finds, that the time between January 4, 2006 to February 28,

14   2006 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv)

15   (time to prepare), Local Code T4.

16

17   IT IS SO ORDERED.

18

19   Dated: January 3, 2006
                                  /s/ Lawrence K. Karlton
20                                HONORABLE LAWRENCE K. KARLTON
                                  Senior U.S. District Court Judge
21

22

23

24

25

26
     STIPUALTION AND [PROPOSED]
     ORDER REGARDING STATUS
     CONFERNCE
                                     –  3