STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR.S-05-0182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | UNOPPOSED and EXPEDIATED |
| Vs. ) | DEFENSE MOTION AND ORDER |
| ) | CONTINUING STATUS |
| JULIE YANG LEE, ) | CONFERENCE |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Defendant, Julie Yang Lee, through and by her attorney, Steven F. Gruel hereby respectfully moves the Court to continue the Status Conference scheduled for February 28, 2005 at 9:30 a.m. to March 28, 2005 at 9:30 a.m.  The parties are currently litigating, and will continue to be litigate, the defendant's discovery requests.  The defendant requested and the government provided the grand jury testimony and FBI reports of witness Jeffrey Chen.  However, on February 21, 2006, Magistrate Judge Hollows granted some and denied other of Mrs. Lee's

*UNOPPOSED and EXPEDIATED*
*DEFENSE MOTION AND [PROPOSED]*
*ORDER CONTINUING STATUS*
*CONFERENCE*

request for discovery pertaining to witness Jeffrey Chen, and the government has indicated that it will inquire into the existence of specific materials addressed on that date.  At this same hearing, the defense also informed the Magistrate Judge Hollows that the defense has requested and the government has objected to early *Jencks* material disclosures pertaining to any witnesses that will testify in the parallel California State prosecution.  The defense will file this discovery motion seeking accelerated *Jencks* disclosures because of the need for the defense to make use of all available discovery in the parallel state and federal prosecutions.

   The government represents that it is prepared to proceed to trial at the earliest available date, but does not oppose the defendant's motion for a continuance.

   The parties concur that the time between February 28, 2006 to March 28, 2006 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections  3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

DATED:

             __/s/  Steven Gruel_____
             STEVEN F. GRUEL,
             Attorneys for Defendant
             JULIE YANG LEE.

ORDER REGARDING STATUS CONFERNCE

PREDICATED on the above motion and GOOD CAUSE APPEARING THEREFROM, the Court continues this matter for further status conference to March 28, 2006 at 9:30 a.m. Defense counsel requests and needs time to file and litigate further discovery motions. The Court finds that the time between February 28, 2006 to March 28, 2006 is excluded under the Speedy trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.

DATED:     February 24, 2006          /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      Senior U.S. District Court Judge

*UNOPPOSED and EXPEDIATED DEFENSE MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE*

- 3