STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for defendant JULIE YANG LEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　Vs.<br><br>JULIE YANG LEE,<br><br>　　　　　Defendant. | Case No.: CR.S-05-0182-LKK<br><br>STIPULATION AND ORDER TO PERMIT PRETRIAL TRAVEL |

### STIPULATION TO PERMIT PRETRIAL TRAVEL

Defendant Julie Yang Lee hereby requests permission to modify her conditions of pretrial release to permit travel to Shanghai on March 22, 2006 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on April 12, 2006 (flight number 858). This trip is for a business matter that requires Ms. Lee's personal appearance to continue with a construction project in China. Assistant United States Attorney John Vincent and Pretrial Services officer Sandy Hall have no objection to this travel request.

Further, the defendant requests, and the United States Attorney's Office and Pretrial Services officer Sandy Hall have no objection to the release of the defendant's passport to permit

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   - 1

this travel.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Also, because the defendant will be out of the United States, the defendant requests that her appearance at the next hearing in this case (March 28, 2006) be waived.  The government does not oppose this request waiving Ms. Lee's appearance as long as she agrees to abide by any motions and/or trial date that the Court may set at the March 28, 2006, status conference.  She so agrees.

Finally, Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated:                    _____/s/_____
                          Steven F. Gruel
                          Attorney for Julie Yang Lee


Dated:                    _____/s/_____
                          John Vincent
                          Assistant United States Attorney


[PROPOSED] ORDER PERMITTING PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Julie Yang Lee's  pretrial release conditions are hereby modified to permit travel to Shanghai on March 22, 2006 (flight number 857) and to return to San Francisco from Pu Dong Airport, Shanghai, on April 12, 2006 (flight number 858).  Further, the defendant's passport shall be released to permit this travel request.  The defendant's passport shall be surrendered to pretrial services upon her return to the United

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL    - 2

States.  Finally, the defendant's appearance is waived for the March 28, 2006, appearance in this case.

IT IS SO ORDERED.

Dated:   March 17, 2006                    /s/ Lawrence K. Karlton
                                           HONORABLE LAWRENCE K. KARLTON
                                           Senior U.S. District Court Judge

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL    - 3