STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for JULIE YANG LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR.S-05-0182-LKK |
| Plaintiff, ) | |
| Vs. ) | ORDER REGARDING STATUS CONFERENCE |
| JULIE YANG LEE, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on March 28, 2006. The United States was represented by Assistant United States Attorneys John K. Vincent and Camil A. Skipper. Defendant Julie Yang Lee was represented by Steven F. Gruel, Esquire.

Having heard from the parties, and for the reasons stated in court, and GOOD CAUSE APPEARING, the Court continues this matter to April 25, 2006 at 9:30 a.m. Defense counsel needs more time to effectively prepare the defense in this case.

*ORDER REGARDING*
*STATUS  CONFERENCE*
                                  - 1

The Court finds that the time between March 28, 2006 to April 25, 2006, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.

DATED: April 5, 2006

/s/ Lawrence K. Karlton
HONORABLE  LAWRENCE K. KARLTON
Senior U.S. District Court Judge

*ORDER REGARDING STATUS CONFERENCE*

- 2