STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)

JOHN T. PHILIPSBORN (CSBN 83944)
507 Polk Street, Suite 250
San Francisco, CA 94102
Telephone Number (415) 771-3801

Attorneys for defendant JULIE YANG LEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>              Plaintiff,<br><br>Vs.<br><br>JULIE YANG LEE,<br><br>              Defendant. | Case No.: CR.S-05-0182-LKK<br><br>STIPULATION AND<br>ORDER PERMITTING EXTENSION<br>OF PRETRIAL TRAVEL |

## STIPULATION

On March 17, 2006, the Court ordered that defendant Julie Yang Lee's conditions of pretrial release be modified to permit her travel to Shanghai, China on March 22, 2006 to return to the United States on Aril 12, 2006.  This trip to China is for business.

Ms. Lee, however, did not depart the United States until March 31, 2006, because of and until after a family member underwent emergency surgery.  Thus, Mr. Lee requests this extension of her return date so as to make up for the lost business days as a result of the delay in her departure.

Assistant United States Attorney John Vincent has no objection to this request for an

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING EXTENSION*
 *OF PRETRIAL TRAVEL*               - 1

extension of nine (9) days for her return.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated:             __/s/_____
                   Steven F. Gruel
                   Attorney for Julie Yang Lee

Dated:             ___/s/_____
                   John Vincent
                   Assistant United States Attorney

## ORDER PERMITTING EXTESNION OF PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Julie Yang Lee's pretrial release conditions are hereby modified to permit an extension of her return to the United States from Shanghai, China from April 12, 2006 to April 21, 2006.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

IT IS SO ORDERED.

Dated:    April 12, 2006         /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
                                 Senior United States District Court Judge

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING EXTENSION*
*OF PRETRIAL TRAVEL*                - 2