```
DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 239-9264

Attorney for Defendant, JULIE LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JULIE LEE,<br><br>　　　　　Defendant. | Case No.: S:05-cr-00182-LKK<br><br>SUBSTITUTION OF COUNSEL AND ORDER SUBSTITUTING COUNSEL |

The undersigned, with permission from the Court, hereby substitutes as counsel for Julie Lee, and Lee, as evidenced by her electronic signature (authorized by Lee and executed by the undersigned), consents to the substitution. Reference is made to a pleading previously filed by former counsel (D/E 53) removing himself as counsel. A proposed order accepting the substitution is annexed.

```
      DATED: June 26, 2006          Respectfully Submitted:
                                    //Donald Thomas Bergerson//
                                    _____
                                    DONALD THOMAS BERGERSON,
                                    Attorney for Defendant, LEE
      I accept the substitution.

      DATED: June 26, 2006          //JULIE LEE//
                                    _____
                                    JULIE LEE
```

**Substitution of Counsel**

-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: S:05-cr-00182-LKK |
| Plaintiff, ) | ORDER SUBSTITUTING COUNSEL |
| vs. ) | |
| JULIE LEE, ) | |
| Defendant. ) | |

THE COURT:

Upon consideration of the proposed substitution of counsel and defendant's acquiescence therein, the Court accepts the substitution, confirms Donald Thomas Bergerson of San Francisco California, a member of the Bar of this Court, as counsel of record herein, and substitutes Bergerson as counsel-of-record for Steven Gruel and/or John Phillipsborn, effective on today's date.

DATED: June 26, 2006

SO ORDERED.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT