MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-182-LKK |
| ) Plaintiff, ) | |
| ) | ORDER RE: STATUS CONFERENCE |
| v. ) | |
| ) | |
| JULIE LEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter came on for a status conference on June 27, 2006. The United States was represented by Assistant U.S. Attorney John K. Vincent and Assistant U.S. Attorney Camil A. Skipper. Defendant Julie Lee was represented by Donald T. Bergerson, Esq..

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter for further status conference to September 12, 2006 at 9:30 a.m. Defense counsel was recently substituted in to represent the defendant and needs time to review discovery produced by the government. Time between June 27, 2006 and September 12, 2006 is excluded under

///

the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.

DATED: June 30, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT