DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place, San Francisco, CA., 94103
Telephone:  (415) 621-8149
Facsimile   : (415) 585-1370
Attorney for Defendant, JULIE LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

UNITED STATES OF AMERICA,  ) Case No. 2:05-CR-182-LKK
                           )
              Plaintiff,   ) STIPULATION AND ORDER TO CONTINUE
                           ) HEARING
       Vs.                 )
                           )
JULIE LEE,                 )
                           )
              Defendant.   )
                           )
                           )
                           )

The parties STIPULATE that the status/setting hearing now set for September 12, 2006 at 9:30 a.m. may and shall be continued to October 11, 2006 at 9:30 a.m. The continuance is occasioned by defense counsel's need to prepare, which entails review by him of thousands of pages of discovery in this case, which review is necessary to assure continuity of representation to Lee. Counsel for the Government authorizes defense counsel to sign this stipulation on behalf of counsel for the Government. Defendant need not appear on September 12, 2006 at the vacated hearing. Time under the Speedy Trial Act is excluded pursuant to local code T-4.

         DATED: September 11, 2006      //s// John Vincent
                                        _____
                                        JOHN VINCENT, ASST. U.S. ATTTORNEY
         DATED: September 11, 2006      //s// Donald Thomas Bergerson
                                        _____
                                        DONALD THOMAS BERGERSON

**ORDER FOR CONTINUANCE OF HEARING**

         SO ORDERED.
         DATED: September 11, 2006

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT