1  DONALD THOMAS BERGERSON CSB No. 91263
   34 Boardman Place,San Francisco, CA., 94103
   Telephone:  (415) 621-8149
2  Facsimile   : (415) 920-9288
   Attorney for Defendant, JULIE LEE
3
4              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE
5
                                        ) Case No. 2:05-CR-182-LKK
   UNITED STATES OF AMERICA,             )
6                                        ) STIPULATION TO CONTINUE HEARING
                            Plaintiff,   ) AND ORDER TO CONTINUE HEARING
7                                        )
                  Vs.                    )
8                                        )
   JULIE LEE,                            )
9                                        )
                            Defendant.   )
10                                       )
                                         )
11                                       )
                                         )
12

13       On the request of counsel for Lee, the parties STIPULATE

14  that the status/setting hearing now set for October 11, 2006 at

15  9:30 a.m. may and shall be continued to October 24, 2006 at 9:30

16  a.m. The continuance is occasioned by defense counsel's need to

17  prepare, which entails review by him of thousands of pages of

18  discovery in this case, which review is necessary to assure

19  continuity of representation to Lee[1]. Counsel for the Government

20

21
_____

22  [1] Since the time of the last stipulation, counsel's task has been
    hampered by an unanticipated development. In early September, he was
23  notified by the county of San Francisco that he immediately had to
    vacate his home-and-office which he had occupied for six years, on
24  grounds that the same was not in compliance with local building codes.
    Because counsel had rented the space through a real estate company, he
25  did not realize that the unit was "illegal", and the ouster came as a
    surprise to him. Needless to say, the sudden move was extremely

-1-

1 authorizes defense counsel to sign this stipulation on behalf of
2 counsel for the Government. Defendant need not appear on October
3 11, 2006 at the vacated hearing. Time under the Speedy Trial Act
4 is excluded for purposes of continuity of representation by
5 counsel and counsel's need to prepare, pursuant to local code T-
6 4.

       DATED: October 6, 2006

//s// John Vincent
_____
JOHN VINCENT, ASST. U.S. ATTTORNEY

       DATED: October 6, 2006

//s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON


                **ORDER FOR CONTINUANCE OF HEARING**

       SO ORDERED.

       DATED: October 6, 2006



                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT


---

25 disruptive, and made it impossible for counsel to conduct business for
several weeks.