DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place, San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288
Attorney for Defendant, JULIE LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:05-CR-182-LKK |
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING ) AND ORDER TO CONTINUE HEARING |
| Vs. | ) |
| JULIE LEE, | ) |
| Defendant. | ) |

   The parties stipulate that the status conference, scheduled for October 24, 2006, shall be continued to December 12, 2006.

   With respect to the Speedy Trial Act, the following is further stipulated:

   1) this continuance is requested by the defense;

   2) the reason for this continuance is that the defense requires an opportunity to prepare, and thereby assure continuity of representation. Specifically, although a finding of complexity has not yet been requested in the instant case, this case is, in a number of practical respects, derivative of and/or linked to a <u>state</u> prosecution of defendant Lee, in which she is accused of theft, forgery and cognate offenses. It is

defense counsel's belief that his reasonable preparation for litigating the instant Federal case requires that he review both the Federal and state materials. The combined and related discovery in the two cases runs to over 20,000 pages.  Defense counsel is relatively new to this case, having been retained by Lee less than six months ago, and has not yet had time to complete this task. Defense counsel has reviewed voluminous materials and has done research on several motions specific to this case, but will need the additional requested time to do further work in this regard.

      3) The Government is prepared to proceed to trial, but nonetheless does not oppose the defendant's request for a continuance;

      4) For all of these reasons, the parties stipulate that time under the Speedy Trial Act may properly be excluded to assure continuity of representation and allow for preparation by counsel, local code T-4, and that the signing by this Court of the order continuing the hearing constitutes a finding that such

exclusion is appropriate.

Lee shall remain at liberty pending the continued hearing.

DATED: October 20, 2006

//s// John Vincent
_____
JOHN VINCENT, ASST. U.S. ATTTORNEY

DATED: October 20, 2006

//s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON

**ORDER FOR CONTINUANCE OF HEARING**

SO ORDERED. The matter is continued for further status on December 14, 2006, and time under the Speedy Trial Act is excluded to allow for continuity of representation and preparation by counsel, local code T-4.

DATED: October 23, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT