DONALD THOMAS BERGERSON

34 Boardman Place

San Francisco, CA., 94103

Telephone: (415) 621-8149

Facsimile: (415) 920-9288

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITD STATES OF AMERICA, | Case No.: CR.S-05-0182-LKK |
| Plaintiff, | |
| Vs. | STIPULATION AND ORDER TO PERMIT PRETRIAL TRAVEL |
| JULIE YANG LEE, | |
| Defendant. | |

STIPULATION TO PERMIT PRETRIAL TRAVEL

Defendant Julie Yang Lee hereby requests permission to modify her conditions of pretrial release to permit travel to Shanghai on October 27, 2006 and to return to San Francisco from Pu Dong Airport, Shanghai, on November 24, 2006.  This trip is for a business matter that requires Ms. Lee's personal appearance to continue with a construction project in China.  Assistant United States Attorney John Vincent and Pretrial Services officer Sandy Hall have no objection to this travel request.

Further, the defendant requests, and the United States Attorney's Office and Pretrial Services officer Sandy Hall have no objection to the release of the defendant's passport to permit

this travel.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

Finally, Assistant United States Attorney John K. Vincent has given permission that defense counsel may sign for him for electronic mailing purposes.

SO STIPULATED:

Dated:  10/19/3006          _____/s/_____
                            Donald Thomas Bergerson
                            Attorney for Julie Yang Lee


Dated:   10/20/2006         _____/s/_____
                            John Vincent
                            Assistant United States Attorney

## ORDER PERMITTING PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Julie Yang Lee's pretrial release conditions are hereby modified to permit travel to Shanghai, People's Republic of China, on October 27, 2006, and to return to San Francisco from Shanghai, on November 24, 2006. Further, the defendant's passport shall be released forthwith to defendant or her agent to permit this travel request.  The defendant's passport shall be surrendered to pretrial services upon her return to the United States.

IT IS SO ORDERED.

Dated:  October 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE