```
DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place,San Francisco, CA., 94103
Telephone:  (415) 621-8149
Facsimile   : (415) 920-9288
Attorney for Defendant, JULIE LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-CR-182-LKK |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND ORDER TO CONTINUE HEARING |
| Vs. | |
| JULIE LEE, | |
| Defendant. | |

 The parties stipulate that the status conference, scheduled for December 12, 2006, shall be continued to January 3, 2007 (or whatever date that shortened week is set for the Court's criminal calendar).

 With respect to the Speedy Trial Act, the following is further stipulated:

 1) this continuance is requested by the defense. The occasion for it is a suddenly-arising and unavoidable calendar conflict;

 2) in addition to the calendar conflict, the reason for this continuance is that the defense requires an opportunity to prepare, and thereby assure continuity of representation.

-1-

1  Specifically, although a finding of complexity has not yet been
2  requested in the instant case, this case is, in a number of
3  practical respects, derivative of and/or linked to a <u>state</u>
4  prosecution of defendant Lee, in which she is accused of theft,
5  forgery and cognate offenses. It is defense counsel's belief
6  that his reasonable preparation for litigating the instant
7  Federal case requires that he review both the Federal and state
8  materials. The combined and related discovery in the two cases
9  runs to over 20,000 pages.  Defense counsel is relatively new to
10 this case, having been retained by Lee less than six months ago,
11 and has not yet had time to complete this task. Defense counsel
12 <u>has</u> reviewed voluminous materials and has done research on
13 several motions specific to this case, but will need the
14 additional requested time to do further work in this regard.
15          3) The Government is prepared to proceed to trial, but
16 nonetheless does not oppose the defendant's request for a
17 continuance;
18          4) For all of these reasons, the parties stipulate
19 that time under the Speedy Trial Act may properly be excluded to
20 assure continuity of representation and allow for preparation by
21 counsel, local code T-4, and that the signing by this Court of
22 the order continuing the hearing constitutes a finding that such

-2-

exclusion is appropriate.

    Lee shall remain at liberty pending the continued hearing.

    DATED: December 11, 2006

//s// John Vincent
_____
JOHN VINCENT, ASST. U.S. ATTTORNEY

    DATED: December 11, 2006

//s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON

**ORDER FOR CONTINUANCE OF HEARING**

    SO ORDERED. The matter is continued for further status on January __, 2007, and time under the Speedy Trial Act is excluded to allow for continuity of representation and preparation by counsel, local code T-4.

    DATED: December 11, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT