McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JULIE LEE, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR.S-05-182-LKK <br><br> ORDER RE: STATUS CONFERENCE |

This matter came on for a status conference on January 9, 2007. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant Julie Lee was present and was represented by Donald T. Bergerson, Esq..

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter to March 6, 2007 at 9:30 a.m. for a hearing on defendant's jurisdictional challenge to the Indictment. Defendant's motion is due by January 16, 2007. The government's opposition is due by February 6, 2007. Any reply from the defendant is due by February 20, 2007. Time between January 9, 2007 and March 6, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

1  (time to prepare), Local Code T4; and 18 U.S.C. § 3161(h)(1)(F)
2  (pretrial motions), Local Code E.
3
4  IT IS SO ORDERED.
5
6  DATED: January 10, 2007
7                                   _____
                                    LAWRENCE K. KARLTON
8                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT