1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN K. VINCENT
   CAMIL A. SKIPPER
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone:  (916) 554-2709

5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                   )    No. CR. S-05-182 LKK
                       Plaintiff,    )
13                                   )    ORDER
              v.                     )
14                                   )
   JULIE LEE,                        )
15                                   )
                       Defendant.    )
16  _____ )

17       This matter came before the court for hearing on the

18  defendant's motion to dismiss and status conference on March 6,

19  2007.  The United States was represented by Assistant U.S. Attorney

20  Camil A. Skipper; Donald T. Bergerson represented the defendant, who

21  was present.

22       At the hearing, the court having denied the motion to dismiss,

23  defense counsel represented that he needed additional time to

24  prepare.  The parties agreed that the court should schedule a

25  further status conference on April 10, 2007, and exclude time under

26  the Speedy Trial Act for defense preparation.

27  ///

28  ///

                                    1

1    Therefore, **IT IS HEREBY ORDERED** that:

2    1.    A further status conference is set for April 10, 2007, at

3    9:30 A.M.

4    2.    Based upon the above representations, the court finds that

5    the ends of justice outweigh the best interest of the public and the

6    defendant in a speedy trial.  Accordingly, time under the Speedy

7    Trial Act shall be excluded through April 10, 2007, to allow the

8    defense reasonable time to prepare.

9    IT IS SO ORDERED.

10   Date: March 8, 2007

11

12

13   LAWRENCE K. KARLTON
     SENIOR JUDGE

14   UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28