```
DONALD THOMAS BERGERSON CSB No. 91263
34 Boardman Place,San Francisco, CA., 94103
Telephone:  (415) 621-8149
Facsimile   : (415) 920-9288
Attorney for Defendant, JULIE LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         Vs.<br><br>JULIE LEE,<br><br>                      Defendant. | Case No. 2:05-CR-182-LKK<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING |

    On the request of counsel for Lee, the parties STIPULATE that the status/setting hearing now set for April 10, 2007 at 9:00 a.m. may and shall be continued to April 24, 2007 at 9:00 a.m. The continuance is occasioned by defense counsel's need to prepare further and additional motions, which preparation was rendered impossible since the last hearing in this case by counsel's continuous involvement in a state Court jury trial from March 9 through April 4. Time under the Speedy Trial Act is

-1-

excluded for purposes of continuity of representation by counsel and counsel's need to prepare, pursuant to local code T-4. This continuance is requested by the defense, but is acceptable to the Government. Defendant need not appear for in Court on April 10, 2007. Counsel for the Government has authorized defense counsel to sign this document for and on behalf of the Government.

DATED: April 6, 2007

//s// John Vincent
_____
JOHN VINCENT, ASST. U.S. ATTTORNEY


DATED: April 7, 2007

//s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON


**ORDER FOR CONTINUANCE OF HEARING**

    SO ORDERED.

    DATED: April 6, 2007


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT