1 McGREGOR W. SCOTT
  United States Attorney
2 JOHN K. VINCENT
  CAMIL A. SKIPPER
3 Assistant U.S. Attorneys
  501 I Street, Suite 10-100
4 Sacramento, California 95814
  Telephone:  (916) 554-2709

5

6

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                   )    No. CR. S-05-182 LKK
                        Plaintiff,   )
13                                   )    ORDER SETTING BRIEFING
              v.                     )    SCHEDULE AND EXCLUDING TIME
14                                   )
   JULIE LEE,                        )
15                                   )
                        Defendant.   )
16 _____  )

17      This matter came before the court for status conference on

18 April 24, 2007.  The United States was represented by Assistant U.S.

19 Attorney John K. Vincent; Donald T. Bergerson represented the

20 defendant, who has a waiver on file.

21      At the hearing, the parties sought a briefing schedule for

22 defense motions and agreed that the court should exclude time under

23 the Speedy Trial Act for defense preparation.

24      Therefore, **IT IS HEREBY ORDERED** that:

25      1.   Defense motions shall be filed no later than May, 29,

26 2007; the government's opposition brief(s) shall be filed no later

27 than June 26, 2007; and a reply, if any, shall be filed by July 5,

28 2007.

                                    1

1        2.    The hearing on defense motions is scheduled for July 24,

2  2007, at 9:30 A.M.

3        3.    Based upon the representations of counsel, the court finds

4  that the ends of justice outweigh the best interest of the public

5  and the defendant in a speedy trial.  Accordingly, time under the

6  Speedy Trial Act shall be excluded through May 29, 2007, to allow

7  the defense reasonable time to prepare, and thereafter for pending

8  motions up to July 24, 2007.

9        IT IS SO ORDERED.

10 Date: April 27, 2007

11

12  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
13  UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2