1  DONALD THOMAS BERGERSON
   CSBN 91263
2  877 Bryant Street
   San Francisco, CA., 94103
3  Telephone: (415) 621-8149
   Facsimile: (415) 920-9288
4  mrwork1@gmail.com

5  Attorney for Defendant,
   JULIE YANG LEE
6
                    IN THE UNITED STATES DISTRICT COURT
7      FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

8  THE UNITED STATES OF        )    No. S:05-cr-0182-LKK
   AMERICA,                    )
9                              )    STIPULATION TO RESET
           Plaintiff,          )    FILING DATES AND HEARING
10                             )    SCHEDULE, AND TO EXCLUDE
               vs.             )    TIME FOR SPEEDY TRIAL
11                             )
   JULIE YANG LEE,             )
12                             )
           Defendant.          )
13                             )
   _____)
14

15     The parties stipulate:

16     The computer owned by Lee's counsel failed with an irretrievable loss of

17  all data, thus making him unable to produce motions in accordance with the

18  briefing schedule previously set.

19     Therefore, it is agreed that motions shall be filed by the defense no later

20  than July 3, 2007. The United States shall respond no later than August 1,

21  2007. Defense replies, if any, shall be filed by August 9, 2007. The hearings

22  shall be on August 28, 2007 at 9:30 in Courtroom 4 (Hon. L.K. Karlton, District

23  Judge). Time is excluded from May 29, 2007 through July 3, 2007, due to the

STIPULATION TO CONTINUE FILING AND HEARING DATES

need for continuity of and preparation by defense counsel, local Code T-4, and from July 3, 2007 to August 28, 2007 due to pendency of the motion.

SO STIPULATED.

DATED: June 19, 2007

//s// Donald Thomas Bergerson

_____
DONALD THOMAS BERGERSON,
Attorney for Defendant, JULIE LEE

//s// Camil Skipper

_____
CAMIL SKIPPER, AUSA
Attorney for Plaintiff, UNITED STATES

ORDER

The stipulation is accepted and it is so ordered. Motions shall be filed by July 3, 2007; responses by August 1, 2007; and replies, if any, by August 9, 2007. The hearing on the motions shall be August 28, 2007 at 9:30 a.m. in Courtroom 4, before the Hon. L. K. Karlton, United States District Judge. Time is excluded from May 29, 2007 through July 3, 2007 due to the need of counsel to prepare and for continuity of counsel, local Code T-4, and from July 3, 2007 through August 28, 2007 due to pendency of the motion.

SO ORDERED.

DATED: June 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE FILING AND HEARING DATES