1  DONALD THOMAS BERGERSON
   CSBN 91263
2  877 Bryant Street, Ste. 300
   San Francisco, CA., 94103
3  Telephone: (415) 621-8149
   Facsimile: (415) 920-9288
4  mrwork1@gmail.com

5  Attorney for Defendant,
   JULIE YANG LEE

6

                    IN THE UNITED STATES DISTRICT COURT
7        FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO VENUE

8   THE UNITED STATES OF            )   No. S:05-cr-0182-LKK
    AMERICA,                        )
9                                   )   STIPULATION TO RESET
         Plaintiff,                 )   FILING DATES AND HEARING
10                                  )   SCHEDULE, AND TO EXCLUDE
              vs.                   )   TIME FOR SPEEDY TRIAL
11                                  )
    JULIE YANG LEE,                 )
12                                  )
         Defendant.                 )
13                                  )
    _____ )

14

15       The parties stipulate:

16       Lee's counsel has unexpectedly had to assume responsibility, thus-far on

17  a pro-bono basis, for a homicide case in San Francisco currently in an active

18  phase of litigation, as the result of a relapse in cancer suffered by a colleague of

19  his who had theretofore been handling the case. For this reason, counsel's

20  attentions were largely diverted from August 1 through the present, and he has

21  been unable to respond to the Government's oppositions to his several motions.

22  The Government has kindly agreed that this unexpected development warrants

23  a rescheduling of briefing and hearing of the motions.

    STIPULATION TO CONTINUE FILING AND HEARING DATES

1   Therefore, it is agreed that counsel's time to respond shall be extended
2   until August 28, 2007, and the hearing on the motions will be on September
3   11, 2007 at 9:30 in Courtroom 4 (Hon. L.K. Karlton, District Judge). Time is
4   excluded from August 28 through September 11, 2007 due to continued
5   pendency of the motion.
6   SO STIPULATED.
7   DATED: August 22, 2007

8   //s// Donald Thomas Bergerson

9   _____
    DONALD THOMAS BERGERSON,
10  Attorney for Defendant, JULIE LEE

11  //s// John Vincent

12  _____
    JOHN VINCENT, AUSA
13  Attorney for Plaintiff, UNITED STATES

14

15                    ORDER
16  The stipulation is accepted and it is so ordered. Lee's replies shall be filed
17  by August 28, 2007, and the hearing on the motions shall be on September 11,
18  2007 at 9:30 a.m. in Courtroom 4, before the Hon. L. K. Karlton, United States
19  District Judge. Time from August 28, 2007 through September 11, 2007 is
20  excluded due to continued pendency of the motion.
21  SO ORDERED.
    DATED: August 24, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE FILING AND HEARING DATES