```
DONALD THOMAS BERGERSON CSB No. 91263
877 Bryant Street, Third Floor
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Defendant,
JULIE LEE
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JULIE LEE,<br><br>        Defendant | Case No.: S:05-cr-0182-LKK<br><br>STIPULATION AND ORDER TO RE-SET HEARING DATE FOR PENDING MOTIONS TO SEPTEMBER 25, 2007 (INSTEAD OF SEPTEMBER 18, 2007) |

The parties stipulate: due to unavailability of defense counsel, who has a prior commitment in another jurisdiction on September 18, 2007, all motions now pending in this case and set for hearing on September 18, 2007 (i.e. Docs. 94, 95 and 96), shall instead be heard on **September 25, 2007** at **9:30 a.m.** in the **Courtroom of the Honorable L.K. Karlton, Senior District Judge**. Time for a speedy trial is excluded to assure continuity of

STIPULATION TO RE-SET HEARING

1  counsel, and due to pendency of the referenced motions, local
2  Code T-4.
3      DATED: September 13, 2007
4                                  Respectfully Submitted:
5                                  //s// Donald Thomas Bergerson
6
7                                  _____
                                   DONALD THOMAS BERGERSON,
                                   Attorney for Defendant LEE
8
9      DATED: September 13, 2007
10
11                                 Respectfully Submitted:
12                                 //s// John Vincent
13                                 _____
                                   JOHN VINCENT, AUSA
14                                 Attorney for the UNITED STATES
15
                                   ORDER
16
17     THE COURT:
18     The hearing on pending motions, now set for September 18,
19 2007, is continued and shall instead occur on September 25, 2007
20 at 9:30 a.m. in the Courtroom of Senior District Judge Lawrence
21 K. Karlton.
22
23     SO ORDERED.
24     DATED: September 14, 2007
25
26                                 _____
27                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

STIPULATION TO RE-SET HEARING