McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: STATUS CONFERENCE |
| v. ) | |
| ) | |
| JULIE LEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter came on for a status conference on October 2, 2007. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant Julie Lee was present and was represented by Donald T. Bergerson, Esq.. An *in camera* hearing was held regarding the legal representation of the defendant.

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court continues this matter to November 6, 2007 at 9:30 a.m. for further status conference. At that time, defense counsel will report on the status of the state prosecution pending against the defendant. Time between October 2, 2007 and November 6, 2007 is excluded under the Speedy Trial Act pursuant

1

to 18 U.S.C. § 3161(h)(8)(B)(iv) (time to prepare), Local Code T4; and 18 U.S.C. § 3161(h)(1)(F) (pretrial motions), Local Code E.

IT IS SO ORDERED.

DATED: October 3, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT