```
DONALD THOMAS BERGERSON CSB No. 91263
877 Bryant Street, Third Floor
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Defendant,
JULIE LEE
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JULIE LEE,<br><br>        Defendant | ) Case No.: S:05-cr-0182-LKK<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE HEARING AND ORDER TO<br>) CONTINUE HEARING<br>)<br>)<br>) - Prior Hg: 11/15/07<br>) - **NEW DATE: 11/27/07**<br>) - 9:30 a.m.<br>) - Courtroom 4, Hon. LKK<br>) |

The parties stipulate:

Counsel for Lee is unavailable to attend Court at the newly set date of November 15, 2007 due to a calendar conflict, but is available on November 27, 2007. Wherefore, the parties agree that the status conference herein shall be continued from November 15, 2007 to November 27, 2007. Lee need not be present on November 21, 2007 or on November 15, 2007. This continuance is at the request of defendant Lee for the foregoing reasons, and it is understood that the Government is in fact ready to proceed on November 15, 2007. Time for a speedy trial is

STIPULATION AND ORDER TO CONTINUE HEARING

excluded due to the pendency of motions, which corresponds to 18 U.S.C. section 3161(b)(1)(F) and local Code T-4.

SO STIPULATED.

DATED: November 8, 2007

Respectfully Submitted:

//s// Donald Thomas Bergerson

_____
DONALD THOMAS BERGERSON,
Attorney for Defendant, LEE

November 8, 2007

// John Vincent

_____
JOHN VINCENT, AUSA,
Attorney for the Government

ORDER

THE COURT: GOOD CAUSE APPEARING, the hearing on status in the above-entitled case is continued from November 15, 2007 at 10:00 a.m. in Courtroom 4, Hon. Lawrence K. Karlton, District Judge, to November 27, 2007 at 9:30 a.m. in the same Courtroom. Time for a speedy trial is excluded pursuant to local Code T-4.

DATED: November 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO CONTINUE HEARING