MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-05-182-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: HEARING ON MOTIONS |
| v. | ) | |
| | ) | |
| | ) | |
| JULIE LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter came on for a motions hearing on January 8, 2008.  The United States was represented by Assistant U.S. Attorney John K. Vincent and Assistant U.S. Attorney Camil A. Skipper.  Defendant Julie Lee was represented by Donald T. Bergerson, Esq..

   Having reviewed the pleadings, heard from counsel, and GOOD CAUSE APPEARING THEREFORE, the Court hereby DENIES the following motions filed by the defendant:

   - Defendant's Motion to Traverse Warrant and to Suppress Evidence; for a <u>Franks</u> Hearing;

   - Defendant's Motion to Dismiss Counts I through IV and/or to Suppress Papers on Fifth Amendment Grounds; and

1

1  - Defendant's Motion to Dismiss Counts V through VII, to
2 Change Venue, or to Sever.
3      This matter is continued for further status conference to
4 March 11, 2008 at 9:30 a.m. to accommodate defense counsel's
5 present trial schedule.  Time between January 8, 2008 and March
6 11, 2008 is excluded under the Speedy Trial Act pursuant to 18
7 U.S.C. § 3161(h)(8)(B)(iv)(time to prepare; continuity of
8 counsel), Local Code T4.

10 IT IS SO ORDERED.

12 DATED: January 9, 2008

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT