MICHAEL L. HINCKLEY, CSBN 161645
LIDIA S. STIGLICH, CSBN 182100
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel. (415) 865-2539
Fax. (415) 865-2538

Attorneys for Defendant
Julie Lee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                              Plaintiff,<br><br>               vs.<br><br>JULIE LEE,<br><br>                              Defendant. | Case No: CR S-05-182 LKK<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR JULIE LEE; ORDER |

TO THE ASSISTANT UNITED STATES ATTORNEY JOHN VINCENT, THE CLERK TO THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the undersigned counsel herein requests that Court issue an order

substituting Lidia Stiglich and Michael Hinckley of Stiglich & Hinckley, LLP as new counsel in

place of Donald Bergerson.

DATED: March 14, 2008                    Respectfully submitted,

                                                    /s/ Lidia S. Stiglich/Michael Hinckley

                                         By:_____
                                               LIDIA S. STIGLICH
                                               MICHAEL L. HINCKLEY
                                               Proposed Attorneys for Defendant

NOTICE OF SUBSTITUTION OF COUNSEL
FOR JULIE LEE; [PROPOSED] ORDER                    1

DATED: March 14, 2008                    Respectfully submitted,

                                         /s/ Donald Bergerson[1]
                                    By:_____
                                         DONALD BERGERSON
                                         Former Attorney for Defendant


DATED: March 14, 2008                    Respectfully submitted,

                                         /s/ Julie Lee
                                    By:_____
                                         JULIE LEE
                                         Defendant


ORDER

     Good cause appearing therefore, IT IS HEREBY ORDERED THAT Lidia S. Stiglich and Michael K. Hinckley are substituted for Donald Bergerson as the attorney of record for defendant Julie Lee.

     IT IS SO ORDERED


DATED: March 17, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Original signatures of Donald Bergerson and Julie Lee retained by Lidia Stiglich.

NOTICE OF SUBSTITUTION OF COUNSEL
FOR JULIE LEE; [PROPOSED] ORDER                    2

1
2
3
4
5
6
7
8

**PROOF OF SERVICE**

9

I, the undersigned say:

10

I am over eighteen years of age and not a party to the above action.  My business address

11

is 502 Seventh Street, San Francisco, California 94l03.

12

On 3/14/08  I personally served via U.S. Mail & Fax (916) 554-2900, the attached on the

13

following parties:

14

John Vincent. AUSA
United States Attorney's Office

15

501 "I" Street, Suite 10-100
Sacramento, CA 95814

16

17

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/14/08 at San Francisco, California.

18
19

_____/s/_____

20

Michael Hinckley

21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL
FOR JULIE LEE; [PROPOSED] ORDER                3