MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-05-182-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JULIE LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on for a status conference on March 18, 2008. The United States was represented by Assistant U.S. Attorney John K. Vincent. Defendant Julie Lee, who has a waiver of appearance on file and was not present, was represented by Michael Hinckley, Esq..

Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court sets this matter for trial to begin on June 24, 2008 at 10:30 a.m., and schedules a trial confirmation hearing on June 10, 2008 at 9:30 a.m.. Defendant's attorney will notify the Court within two weeks if the defense believes that it cannot comply with this schedule. In light of the fact that defense counsel has just recently been retained by the defendant

and needs time to acquaint himself with the case and discovery, time between March 18, 2008 and June 24, 2008 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (time to prepare), Local Code T4.

IT IS SO ORDERED.

DATED: March 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT