MICHAEL L. HINCKLEY, CSBN 161645
LIDIA S. STIGLICH, CSBN 182100
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel. (415) 865-2539
Fax. (415) 865-2538

Attorneys for Defendant
Julie Lee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JULIE LEE,  Defendant. | Case No: CR S-05-182 LKK  STIPULATION RE CONTINUE SURRENDER DATE  ORDER |

Defendant JULIE LEE, by and through her counsel Lidia S. Stiglich and the United States of America, through Assistant United States Attorney Lawrence Brown, hereby stipulate and agree to a continuance of the date for surrender from November 4, 2008, to January 5, 2009.

Good cause exists for the requested continuance in that, Ms. Lee was sentenced in the related state court matter on October 17, 2008, which will result in a corresponding delay in issuance of the Judgment and Commitment Order in this matter. A continuance is requested to give the Bureau of Prisons sufficient time to design Ms. Lee to a facility, a process which generally takes approximately 60 days from date the Judgment and Commitment Order is issued.

///

STIPULATION TO CONTINUE SURRENDER DATE [ PROPOSED] ORDER
CR S-05-182 LKK                                            1

IT IS SO STIPULATED.

Dated: 10/23/2008 /S/ Lidia S. Stiglich
LIDIA S. STIGLICH
Attorney for Defendant
JULIE LEE

Dated: 10/23/2008 /S/ Lawrence Brown
LAWRENCE BROWN
Assistant United States Attorney
UNITED STATES OF AMERICA

## ORDER

Pursuant to stipulation, the surrender date for JULIE LEE is continued from November 4, 2008, to January 5, 2009.

**IT IS SO ORDERED.**

Dated: October 24, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE SURRENDER DATE [ PROPOSED] ORDER
CR S-05-182 LKK
2