MCGREGOR W. SCOTT
United States Attorney
LAWRENCE G. BROWN
JOHN K. VINCENT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-182-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE RESTITUTION |
| ) | DETERMINATION |
| JULIE LEE, ) | |
| ) | |
| Defendant. ) | DATE: December 19, 2008. |
| _____ ) | COURT: HON. LAWRENCE K. KARLTON |

The United States of America, by and through its counsel, Lawrence Brown, Assistant United States Attorney and Julie Lee, by and through her counsel, Lydia Stiglich, do hereby stipulate and agree that the previously set date by which Order of Restitution was to be imposed, December 22, 2008 should be vacated, and the matter set for Order of Restitution on January 21, 2009 at 9:15 a.m.

The reason for the continuance is for the government to discuss with the victim state agencies the means by which they calculated the amount of restitution owed -an amount contested by counsel for the defense at the time of sentencing - to provide discovery to the defense on the means of calculation, and to discuss the matter further with defense counsel.

The parties agree and stipulate that time under 18 U.S.C. § 3664 (5) should be excluded from the date of the signing of this Order until and including January 21, 2009, to allow sufficient time to prepare for this matter.

Dated: December 19, 2009

                              Respectfully submitted,

                              /s/ Lawrence Brown

                              _____
                              LAWRENCE BROWN
                              Assistant United States Attorney

                              /s/ Lydia Stiglich

                              _____
                              LYDIA STIGLICH
                              Attorney for Defendant Julie Lee

## **O R D E R**

There being good cause therefor, the Court hereby sets the matter for Order of Restitution on January 21, 2009 at 9:15 a.m. The time under 18 U.S.C. § 3664 (5) shall be excluded from the date of the signing of this Order until and including January 21, 2009.

Dated: December 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT