MICHAEL L. HINCKLEY, CSBN 161645
LIDIA S. STIGLICH, CSBN 182100
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel. (415) 865-2539
Fax. (415) 865-2538

Attorneys for Defendant
Julie Lee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JULIE LEE, <br><br> Defendant. | Case No: CR S-05-182 LKK <br><br> STIPULATION TO CONTINUE SURRENDER DATE  ORDER |

Defendant JULIE LEE, by and through her counsel Lidia S. Stiglich and the United States of America, through Assistant United States Attorney John Vincent, hereby stipulate and agree to a continuance of the date for surrender from January 5, 2009, to January 22, 2009.

Good cause exists for the requested continuance in that the issue of the amount of restitution owed in this matter has yet to be determined.  Counsel have recently stipulated that the date for the issuance of a restitution order be set for January 21, 2009.  The requested continuance will enable Ms. Lee to participate in the process, review the discovery to be provided on the issue, and assist defense counsel with resolution of this issue.

///

///

STIPULATION TO CONTINUE SURRENDER DATE [ PROPOSED] ORDER
CR S-05-182 LKK                                    1

IT IS SO STIPULATED.

Dated: 12/22/2008                          /S/   Lidia S. Stiglich
                                          LIDIA S. STIGLICH
                                          Attorney for Defendant
                                          JULIE LEE

Dated: 12/22/2008                          /S/ John Vincent
                                          JOHN VINCENT
                                          Assistant United States Attorney
                                          UNITED STATES OF AMERICA

## ORDER

Pursuant to stipulation, the surrender date for JULIE LEE is continued from January 5, 2009 to January 22, 2009.

**IT IS SO ORDERED.**

Dated:    December 23, 2008    .

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE SURRENDER DATE [ PROPOSED] ORDER
CR S-05-182 LKK                              2