LAWRENCE G. BROWN
JOHN K. VINCENT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S-05-182-LKK |
| Plaintiff, | |
| v. | STIPULATION TO AMOUNT OF RESTITUTION ; ORDER |
| JULIE LEE, | DATE: January 21, 2009 |
| Defendant. | COURT: HON. LAWRENCE K. KARLTON |

The United States of America, by and through its counsel, Lawrence Brown, Assistant United States Attorney and Julie Lee, by and through her counsel, Lydia Stiglich, do hereby stipulate and agree that the total amount of restitution owing in this matter is $16,100.00 to be paid to the California Department of Parks and Recreation.

Dated: January 20, 2009

                                            Respectfully submitted,

                                            /s/ Lawrence Brown

                                            _____
                                            LAWRENCE BROWN
                                            Assistant United States Attorney

                                            /s/ Lydia Stiglich

                                            _____
                                            LYDIA STIGLICH
                                            Attorney for Defendant Julie Lee

**O R D E R**

The Court hereby orders restitution in the amount of $16,100.00 to be paid by the defendant to the California Department of Parks and Recreation.

Dated: January 20, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT