UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CR. S-05-182 LKK

      Plaintiff,

  v.                      O R D E R

JULIE LEE,

      Defendant.

_____/

    The court is in receipt of defendant's motion to modify the terms of sentence.  The government is hereby directed to file a response to this motion no later than May 29, 2009.

    IT IS SO ORDERED.

    DATED: May 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT