UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-182 LKK |
| Plaintiff, | |
| v. | O R D E R |
| JULIE LEE, | |
| Defendant. | |

For the reasons set forth in the government's opposition, the defendant's motion to modify the terms of sentence is DENIED.

IT IS SO ORDERED

DATED: June 1, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT