1  MICHAEL L. HINCKLEY, CSBN 161645
   LIDIA S. STIGLICH, CSBN 182100
2  STIGLICH & HINCKLEY, LLP
   149 Natoma Street, Suite 300
3  San Francisco, California 94103
   Tel. (415) 865-2539
4  Fax. (415) 865-2538

5  Attorneys for Defendant
   Julie Lee

6
                    UNITED STATES DISTRICT COURT
7
                  EASTERN DISTRICT OF CALIFORNIA
8
                       SACRAMENTO DIVISION
9

10   UNITED STATES OF AMERICA,              Case No: CR S-05-182 LKK

11                      Plaintiff,

12            vs.                           STIPULATION AND ORDER
                                            RE RETURN OF PASSPORT
13   JULIE LEE,                             TO DEFENDANT JULIE LEE;

14                      Defendant.

15

16        The parties hereby stipulate and agree that, having been sentenced in the above-entitled

17  matter, defendant Julie Lee's passport should be returned to her.

18

19  Dated: 9/16/09
                                                /s/ Michael L.Hinckley
20                                          _____
                                            MICHAEL L. HINCKLEY
21                                          LIDIA S. STIGLICH
                                            Attorneys for Defendant JULIE LEE
22

23                                              /s/ John Vincent
    Dated: 9/16/09          .               _____
24                                          JOHN VINCENT, AUSA
                                            Assistant United States Attorney
25

26

27

28  STIPULATION RE RETURN OF PASSPORT TO DEFENDANT
    CR S-05-182 LKK                              1

1

**ORDER**

2

Pursuant to stipulation and by order of this Court, the clerk of the court shall return

3

defendant Julie Lee's passport to her.

4

**IT IS SO ORDERED.**

5

6    Dated: September 30, 2009

7                                            LAWRENCE K. KARLTON
                                             SENIOR JUDGE
8                                            UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION RE RETURN OF PASSPORT TO DEFENDANT
28    CR S-05-182 LKK                         2