UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                             NO. CR. S-05-182 LKK

      Plaintiff,

  v.                                        O R D E R

JULIE LEE,

      Defendant.

_____/

    Defendant's motion for early termination of supervised release [234] is hereby DENIED. The hearing set for January 18, 2012 is VACATED.

    IT IS SO ORDERED.

    DATED: January 9, 2012

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT